IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-MC-105-RJC-DCK

| | |
|---|---|
| MONROE BYPASS CONSTRUCTORS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| NC DEPARTMENT OF TRANSPORTATION, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Status Report And Joint Motion For Modification Of Order" (Document No. 11) filed July 23, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of the parties, the undersigned will <u>grant</u> the motion.

The Court commends the parties' and counsel's efforts to reach a resolution of this action without further Court intervention.

**IT IS, THEREFORE, ORDERED** that the "Joint Status Report And Joint Motion For Modification Of Order" (Document No. 11) is **GRANTED**. Respondent shall file a response to the "Petition To Enforce Arbitration Subpoena And Summons" (Document No. 1) on or before **August 17, 2020**; and Petitioner shall file a reply brief on or before **August 21, 2020**. In the alternative, the parties may file a Stipulation Of Dismissal.

Signed: July 23, 2020

David C. Keesler
United States Magistrate Judge